# United States District Court for the Northern District of Illinois

Case Number: **08 C 50127**         Assigned/Issued By: _JC_

## FEE INFORMATION

**Amount Due:**
- [x] $350.00
- [ ] $39.00
- [ ] $5.00
- [ ] IFP
- [ ] No Fee
- [ ] Other _____

*(For use by Fiscal Department Only)*    0752000000000

Amount Paid: **350—**         Receipt #: **2898391**

Date Paid: **6-30-08**         Fiscal Clerk: _JC_

## ISSUANCES

**Type Of Issuance:**
- [x] Summons
- [ ] Alias Summons
- [ ] Third Party Summons
- [ ] Lis Pendens
- [ ] Non Wage Garnishment Summons
- [ ] Wage-Deduction Garnishment Summons
- [ ] Citation to Discover Assets
- [ ] Writ _____ (Type of Writ)

FILED
JUN 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Original and **4** copies on **6-30-08** (Date) as to _deft_

C:\wpwin80\docket\fecinfo.frm   01/01

copy to Judge ✓