AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

The Construction Industry Welfare Fund of Rockford, IL.;
The Construction Industry Retirement Fund of Rockford, IL;
and Bricklayers and Allied Craftworkers Local 6, Illinois

CASE NUMBER: 08 C 50 1 27

V.

ASSIGNED JUDGE: Kapala

Lonnie Kolwelter d/b/a Tile by Lonnie, Inc.

DESIGNATED
MAGISTRATE JUDGE: Mahoney

TO: (Name and address of Defendant)

Lonnie Kolwelter
d/b/a Tile by Lonnie, Inc.
230 E Broadway St
Bradley, IL 60915

**RECEIVED**

**JUL 0 7 2008**

**KANKAKEE COUNTY SHERIFF**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marc M. Pekay, P.C.
30 N. LaSalle St., Ste. 2426
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

6-30-08
DATE

8-7



# Kankakee County Sheriff's Police Department
*Civil Process Affidavit*

Sheriff CP # 4057

Case No. 08C50127

Construction Industry Funds
*Plaintiff*
vs.

Lonnie Kolwelter dba Tile by Lonnie, INC
Defendant

**Court of Origin**   US District of Illinois

Fees:
Service $_____
Return  $_____
Miles   _____
Total   $_____

*Process Type:*
Summons   X
Order     _____
Citation  _____
Order of Protection _____
Other     _____

## I certify that I have served this process on the defendant as follows:

_____ *Personal Service*

_____ *Substitute Service* - By leaving a copy of the court document at the defendant's usual place of abode, with some person of the family, of the age of 13 years or upwards, who who is the defendant's _____ (relationship), and informing that person of the contents thereof, and by sending a copy of the process in a sealed envelope addressed to the defendant at his/her usual place of abode on _____ (date).

_____ *Corporation Service:* Name _____
Title _____
(agent, authorized person or partner of said corporation).

Lonnie Kolwelter dba Tile by Lonnie, INC    New Address
Name of Defendant                            Sex        Race         DOB:

~~230 E Broadway Street~~  295 S. Schuyler Unit # A        BRADLEY, IL
Address of Defendant                                       City / State

295 S. Schuyler Unit # A                     Brdly
Address of Service                           City / State

Timothy F. Bukowski, Sheriff, By: _____        M. Lo
                                  Deputy's Signature      Deputy's Printed Name

☑ Served, this  29  day of  July  20 08  at 1409    26-J-N
☐ Returned, this                                    Deputy Badge #

The Named Defendant was *Not* Served Because:

Moved ____        Wrong Address ____
No Contact ____   No Such Address ____
Empty Lot ____    Returned per Atty. ____
Not Listed ____   Paper Expired ____
Deceased ____     Other: Note Below ____

*Service Attempts:*
Date   Time   Deputy     Date   Time   Deputy