IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, <br><br> Plaintiff, <br> v. <br><br> LONNIE KOLWELTER d/b/a TILE BY LONNIE, INC. <br><br> Defendant. | **Magistrate Judge Mahoney** <br><br> **Case No. 08 CV 50127** |

## MOTION TO DISMISS WITHOUT PREJUDICE

**NOW COMES** the Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, by and through their attorneys, MARC M. PEKAY, P.C. and hereby move that this case against Defendant, LONNIE KOLWELTER d/b/a TILE BY LONNIE be dismissed without prejudice as all amounts have been paid.

Respectfully submitted,

CONSTRUCTION INDUSTRY
WELFARE AND RETIREMENT FUND
OF ROCKFORD, ILLINOIS;
s/ Marc M. Pekay,
Attorney for Plaintiffs

Marc M. Pekay, P.C.
30 North LaSalle St., Ste. 2426
Chicago, IL 60602
(312) 606-0980

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, ) ) ) ) ) ) | **Magistrate Judge Mahoney** |
| Plaintiff, ) | **Case No. 08 CV 50127** |
| v. ) ) | |
| LONNIE KOLWELTER d/b/a TILE BY LONNIE, INC. ) ) ) | |
| Defendant. ) | |

### ORDER

**THIS MATTER COMING TO BE HEARD** upon Plaintiffs' Motion to Dismiss this Case Without Prejudice.

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice, all matters having been resolved by the parties.

ENTERED:

_____
JUDGE

DATED:_____

Drafted by:
MARC M. PEKAY, P.C.
30 NORTH LA SALLE ST.
SUITE 2426
CHICAGO, IL  60602