IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> LONNIE KOLWELTER d/b/a TILE BY LONNIE, INC. <br><br> Defendant. | **Magistrate Judge Mahoney** <br><br> **Case No. 08 CV 50127** |

## NOTICE OF FILING

TO:   Lonnie Kolwelter
      Tile by Lonnie
      295 S. Schuyler, Suite A
      Bradley, IL  60915

**PLEASE TAKE NOTICE** that we have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Western Division, Rockford, Illinois, on this **27th** day of **August, 2008**, the attached **MOTION TO DISMISS THIS CASE WITHOUT PREJUDICE** and in support thereof, a true and correct copy of which is herewith served upon you.

                              Respectfully submitted,
                              THE CONSTRUCTION INDUSTRY WELFARE
                              FUND OF ROCKFORD, ILLINOIS; *et. al.*


                              By:  s/Marc M. Pekay
                                   Marc M. Pekay, Attorney for Plaintiffs

MARC M. PEKAY, P.C.
30 N. LaSalle Street, Ste .2426
Chicago, IL 60602
(312) 606-0980

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing **MOTION TO DISMISS THIS CASE WITHOUT PREJUDICE** (Case No. 08 CV 50127) to be served upon:

Lonnie Kolwelter
Tile by Lonnie
295 S. Schuyler, Suite A
Bradley, IL  60915

by placing same in an envelope properly addresses as set out above, and delivering by first class mail, with postage costs paid, by placing in a U.S. Mail box located at 30 N. LaSalle Street, Chicago, Illinois, before the hour of 5:00 p.m. on this **27th** day of **August, 2008.**


BY: s/MARC M. PEKAY
Attorney for Plaintiffs


MARC M. PEKAY P.C.
30 N. LaSalle St., Ste 2426
Chicago, IL 60602
312-606-0980
Firm #990